

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00002-CV

**IN RE** Alton **CRAIN**, Jr.

Original Proceeding[1]

PER CURIAM

Sitting:      Irene Rios, Justice
              Lori Massey Brissette, Justice
              Adrian A. Spears II, Justice

Delivered and Filed: January 14, 2026

PETITION FOR WRIT OF MANDAMUS DENIED; MOTION FOR TEMPORARY RELIEF DENIED AS MOOT

Relator filed his petition for writ of mandamus and emergency motion for temporary relief on December 31, 2025. Having reviewed the petition, motion, and accompanying record, this court has determined that relator has not established that he is entitled to the relief sought. The petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a). The emergency motion for temporary relief is **DENIED AS MOOT**.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2024CV03445, styled *Alton Crain, Jr. v. Mike Murach*, pending in the County Court at Law No. 3, Bexar County, Texas, the Honorable Cesar Garcia presiding.